UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In re:

**Eugene Thomas Ball and
Brande Michelle Ball**,

Soc. Sec. Nos. xxx-xx-2626 & xxx-xx-6954
Mailing Address: 8609 Bull Road, Trailer 3, Colfax, NC
27235-

Case No.: 25-10811

Chapter 13

Debtors.

## AFFIDAVIT REGARDING SERVICE OF PLAN

I, Charlene Ennemoser, certify that on 11/23/25, a copy of the **Chapter 13 Plan** was served on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

Other non-FDIC creditors served:

Truliant Federal Credit Union
Attn: Officer
3200 Truliant Way
Winston Salem, NC 27103-

and by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 11/23/25

/s Charlene Ennemoser

Charlene Ennemoser

CertificateOfService.wpt (rev. 7/4/18)

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Internal Revenue Service (MD)**
PO Box 7346
Philadelphia, PA 19101-7346

US Attorney's Office  (MD)**
101 S. Edgeworth Street, 4th floor
Greensboro, NC 27401

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

North Carolina Dept. of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Client Services, Inc.****
3451 Harry S Truman Boulevard
Saint Charles, MO 63301-4047

Comenity Bank***
Attn: Bankruptcy Dept.
Post Office Box 182125
Columbus, OH 43218-2125

Comenity Capital Bank****
Bankruptcy Department
Post Office Box 183043
Columbus, OH 43218-3043

Credit Management, LP**
4200 International Parkway
Carrollton, TX 75007-1906

Credit One Bank, N.A. ****
Post Office Box 98873
Las Vegas, NV 89193-8873

Destiny
Post Office Box 4499
Beaverton, OR 97076

Guilford County Tax Collector ***
Attn: Officer
Post Office Box 3328
Greensboro, NC 27402

Jefferson Capital Systems, LLC**
Post Office Box 772813
Chicago, IL 60677-2813

Lendmark Financial
2118 Usher Street
Covington, GA 30014-2434

LVNV Funding/Resurgent Capital
Post Office Box 1269
Greenville, SC 29602

Merrick Bank ***
Customer Service
Post Office Box 9201
Old Bethpage, NY 11804-9201

Midland Credit Management****
Attn: Consumer Support Services
320 E Big Beaver Rd, Ste 300
Troy, MI 48083

Milestone**
Bankcard Services
Post Office Box 4499
Beaverton, OR 97076-4499

MRS Associates
1930 Olney Avenue
Cherry Hill, NJ 08003

MRS BPO, LLC
1930 Olney Ave
Cherry Hill, NJ 08003

NC Department of Justice
for NC Department of Revenue
Post Office Box 629
Raleigh, NC 27602-0629

Nissan Motor Acceptance ****
Attn: Officer
PO Box 660360
Dallas, TX 75266

Spectrum **
101 Innovation Avenue
Suite 100
Morrisville, NC 27560-8586

Synchrony Bank (Care Credit)
Attn. Bankruptcy Dept
Post Office Box 965061
Orlando, FL 32896-5061

Synchrony Bank (Lowe's)
Atttn. Bankruptcy Dept
Post Office Box 965060
Orlando, FL 32896-5060

T-Mobile***
Customer Relations
Post Office Box 37380
Albuquerque, NM 87176-7380

Target******
c/o Target Credit Services
Post Office Box  1581
Minneapolis, MN 55440-1581

Tenaglia & Hunt, P.A.
1000 Park Forty Plaza Drive
Suite 360
Durham, NC 27713

Tractor Supply Credit Plan
Post Office Box 6497
Sioux Falls, SD 57117-6497

Truist Bank
Post Office Box 698
Wilson, NC 27894-0698

Truliant Federal Credit Union
c/o William Hall, CEO, ATTN: Officer
3200 Truliant Way
Winston Salem, NC 27103

Truliant Federal Credit Union**
Attn: Officer
3200 Truliant Way
Winston Salem, NC 27103

TSC/CBNA
Post Office Box 6497
Sioux Falls, SD 57117

Vanderbilt Mortgage *
Attn: Officer
Post Office Box 9800
Maryville, TN 37802