NCMB-1302 (12/24)
Debtor **Eugene Thomas Ball**
**Brande Michelle Ball**                                           Case Number _____

UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

| | | |
|---|---|---|
| In re: | **Eugene Thomas Ball** ) | Case No. |
| | **Brande Michelle Ball** ) | |
| | **8609 Bull Road, Trailer 3** ) | |
| | (address) ) | |
| | **Colfax NC 27235-0000** ) | CHAPTER 13 PLAN |
| SS# XXX-XX- **xxx-xx-2626** | ) | |
| SS# XXX-XX- **xxx-xx-6954** | ) | |
| | ) | |
| | Debtor(s) ) | |

AMENDED CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**VANDERBILT MORTGAGE AND FINANCE**
**Attn: OFFICER/MANAGING AGENT**
**PO Box 9800**
**Maryville, TN 37802**

**TRULIANT FEDERAL CREDIT UNION**
**ATTN: OFFICER/MANAGING AGENT**
**P.O.Box 25132**
**Winston Salem, NC 27114**

**NISSAN MOTOR ACCEPTANCE CORP**
**ATTN: OFFICER/MANAGING AGENT**
**PO BOX 9013**
**Addison, Texas 75001**

Under penalty of perjury, I declare that the foregoing is true and correct.
Date **January 23, 2026**                                     /s/ **Koury L. Hicks for LOJTO**
                                    Print Name:      **Koury L. Hicks for LOJTO 36204**
                                    Business Address: **6616-203 Six Forks Road**
                                                      **Raleigh, NC 27615**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com