UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In re:
Eugene Thomas Ball and
Brande Michelle Ball,

Case No.: 25-10811

Soc. Sec. Nos. Xxx-xx-2626 & xxx-xx-6954
Mailing Address: 8609 Bull Road, Trailer 3, Colfax, NC 27235

Chapter 13

Debtor.

**AFFIDAVIT REGARDING SERVICE OF PLAN**

I, Angel West, certify that on 1/23/26, a copy of the **chapter 13 Plan** was served on each of the following creditors by **regular, first class United States mail**,, postage fully pre-paid, upon the following creditors::

VANDERBILT MORTGAGE AND FINANCE
Attn: OFFICER/MANAGING AGENT
PO Box 9800
Maryville, TN 37802

TRULIANT FEDERAL CREDIT UNION
ATTN: OFFICER/MANAGING AGENT
P.O.Box 25132
Winston Salem, NC 27114

NISSAN MOTOR ACCEPTANCE CORP
ATTN: OFFICER/MANAGING AGENT
PO BOX 9013
Addison, Texas 75001

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 23, 2026

/s Angel West

Angel West

CertificateOfServiceAmended.wpt (rev. 1/13/20)