United States Bankruptcy Court

Middle District of North Carolina

| | |
|---|---|
| In re: | Case No. 25-10811-bak |
| Eugene Thomas Ball | Chapter 13 |
| Brande Michelle Ball | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0418-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 04, 2026 | Form ID: pdf016 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eugene Thomas Ball, Brande Michelle Ball, 8609 Bull Road, Trailer 3, Colfax, NC 27235-9717 |
| 786485437 | + | Credit Management, LP, 4200 International Parkway, Carrollton, TX 75007-1912 |
| 786485462 | + | Tenaglia & Hunt, P.A., 1000 Park Forty Plaza Drive, Suite 360, Durham, NC 27713-2291 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 786493256 | + | Email/Text: feedback@cascadereceivables.com | Feb 04 2026 18:07:08 | CASCADE CAPITAL FUNDING, LLC, 5341 Old Redwood Hwy Suite 210, Petaluma, CA 94954-7127 |
| 786485433 | + | Email/Text: mediamanagers@clientservices.com | Feb 04 2026 18:07:00 | Client Services, Inc.****, 3451 Harry S Truman Boulevard, Saint Charles, MO 63301-9816 |
| 786485434 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 04 2026 18:07:00 | Comenity Bank***, Attn: Bankruptcy Dept., Post Office Box 182125, Columbus, OH 43218-2125 |
| 786485435 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 04 2026 18:07:00 | Comenity Capital Bank****, Bankruptcy Department, Post Office Box 183043, Columbus, OH 43218-3043 |
| 786485439 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 04 2026 18:13:18 | Credit One Bank, N.A. ****, Post Office Box 98873, Las Vegas, NV 89193-8873 |
| 786485440 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 04 2026 18:07:00 | Destiny, Post Office Box 4499, Beaverton, OR 97076-4499 |
| 786485426 | | Email/Text: bankruptcycourts@equifax.com | Feb 04 2026 18:07:00 | Equifax Information Systems LLC, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 786485424 | | Email/Text: des.ui.bankruptcy@commerce.nc.gov | Feb 04 2026 18:07:00 | Employment Security Commission, Attn: Benefit Payment Control, Post Office Box 26504, Raleigh, NC 27611-6504 |
| 786485427 | ^ | MEBN | Feb 04 2026 18:06:50 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 786485441 | | Email/Text: Tax_bankruptcy@guilfordcountync.gov | Feb 04 2026 18:07:00 | Guilford County Tax Collector ***, Attn: Officer, Post Office Box 3328, Greensboro, NC 27402 |
| 786485429 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 04 2026 18:07:00 | Internal Revenue Service (MD)**, PO Box 7346, Philadelphia, PA 19101-7346 |
| 786490504 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 04 2026 18:07:00 | Jefferson Capital Systems, LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 786485443 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 04 2026 18:07:00 | Jefferson Capital Systems, LLC**, Post Office Box 772813, Chicago, IL 60677-2813 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 786485445 | | Email/Text: bk@lendmarkfinancial.com | Feb 04 2026 18:07:00 | Lendmark Financial, 2118 Usher Street, Covington, GA 30014-2434 |
| 786488319 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2026 18:13:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 786485446 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2026 18:13:25 | LVNV Funding/Resurgent Capital, Post Office Box 1269, Greenville, SC 29602-1269 |
| 786485452 | ^ | MEBN | Feb 04 2026 18:07:10 | MRS Associates, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 786485453 | ^ | MEBN | Feb 04 2026 18:06:55 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 786488156 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 04 2026 18:13:18 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 786485448 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 04 2026 18:13:18 | Merrick Bank ***, Customer Service, Post Office Box 9201, Old Bethpage, NY 11804-9001 |
| 786485450 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 04 2026 18:07:00 | Midland Credit Management****, Attn: Consumer Support Services, 320 E Big Beaver Rd, Ste 300, Troy, MI 48083-1271 |
| 786494186 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 04 2026 18:07:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 786485451 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 04 2026 18:07:00 | Milestone**, Bankcard Services, Post Office Box 4499, Beaverton, OR 97076-4499 |
| 786485425 | | Email/Text: kristen.sigmon@dhhs.nc.gov | Feb 04 2026 18:07:00 | NC Child Support, Centralized Collections, Post Office Box 900006, Raleigh, NC 27675-9006 |
| 786485454 | | Email/Text: cmclennan@ncdoj.gov | Feb 04 2026 18:07:00 | NC Department of Justice, for NC Department of Revenue, Post Office Box 629, Raleigh, NC 27602-0629 |
| 786485455 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 04 2026 18:07:00 | Nissan Motor Acceptance ****, Attn: Officer, PO Box 660360, Dallas, TX 75266-0360 |
| 786494889 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 04 2026 18:07:00 | Nissan Motor Acceptance Corp., c/o Nissan Motor Acceptance Company LLC, PO Box 9013, Addison, TX 75001-9013 |
| 786485432 | | Email/Text: bankruptcynotices@ncdor.gov | Feb 04 2026 18:07:00 | North Carolina Dept. of Revenue**, Post Office Box 1168, Raleigh, NC 27602-1168 |
| 786496155 | | Email/Text: bnc-quantum@quantum3group.com | Feb 04 2026 18:07:00 | Quantum3 Group LLC as agent for Comenity Capital B, PO Box 788, Kirkland, WA 98083-0788 |
| 786494790 | ^ | MEBN | Feb 04 2026 18:07:29 | REVCO SOLUTIONS INC., PO Box 58, Fort Morgan, CO 80701-0058 |
| 786485457 | | Email/Text: dl-csgbankruptcy@charter.com | Feb 04 2026 18:07:00 | Spectrum **, 101 Innovation Avenue, Suite 100, Morrisville, NC 27560-8586 |
| 786485458 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2026 18:13:24 | Synchrony Bank (Care Credit), Attn. Bankruptcy Dept, Post Office Box 965061, Orlando, FL 32896-5061 |
| 786485459 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2026 18:13:21 | Synchrony Bank (Lowe's), Atttn. Bankruptcy Dept, Post Office Box 965060, Orlando, FL 32896-5060 |
| 786496717 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 04 2026 18:13:21 | Synchrony Bank by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 786485460 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Feb 04 2026 18:13:17 | T-Mobile***, Customer Relations, Post Office Box 37380, Albuquerque, NM 87176-7380 |
| 786488291 | | Email/Text: bankruptcy@truliantfcu.org | Feb 04 2026 18:07:00 | Truliant Federal Credit Union, P.O.Box 25132, Winston Salem, NC 27114 |

District/off: 0418-2  User: admin  Page 3 of 4
Date Rcvd: Feb 04, 2026  Form ID: pdf016  Total Noticed: 51

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 786485465 | | Email/Text: bankruptcy@truliantfcu.org | Feb 04 2026 18:07:00 | Truliant Federal Credit Union, c/o William Hall, CEO, ATTN: Officer, 3200 Truliant Way, Winston Salem, NC 27103 |
| 786485470 | | Email/Text: bankruptcy@truliantfcu.org | Feb 04 2026 18:07:00 | Truliant Federal Credit Union**, Attn: Officer, 3200 Truliant Way, Winston Salem, NC 27103 |
| 786485473 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2026 18:23:47 | TSC/CBNA, Post Office Box 6497, Sioux Falls, SD 57117-6497 |
| 786485461 | | Email/Text: bncmail@w-legal.com | Feb 04 2026 18:07:00 | Target******, c/o Target Credit Services, Post Office Box 1581, Minneapolis, MN 55440-1581 |
| 786485463 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2026 18:13:26 | Tractor Supply Credit Plan, Post Office Box 6497, Sioux Falls, SD 57117-6497 |
| 786485428 | ^ | MEBN | Feb 04 2026 18:06:40 | Trans Union Corporation, P.O. Box 2000, Crum Lynne, PA 19022-2000 |
| 786485464 | | Email/Text: bankruptcy@bbandt.com | Feb 04 2026 18:07:00 | Truist Bank, Post Office Box 698, Wilson, NC 27894-0698 |
| 786485431 | ^ | MEBN | Feb 04 2026 18:07:06 | U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530-0001 |
| 786485430 | + | Email/Text: USANCM.BankruptcyMail@usdoj.gov | Feb 04 2026 18:07:00 | US Attorney's Office (MD)**, 101 S. Edgeworth Street, 4th floor, Greensboro, NC 27401-6045 |
| 786485476 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Feb 04 2026 18:07:00 | Vanderbilt Mortgage *, Attn: Officer, Post Office Box 9800, Maryville, TN 37802-9800 |
| 786488768 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Feb 04 2026 18:07:00 | Vanderbilt Mortgage and Finance, Inc., PO Box 9800, Maryville, TN 37802-9800 |
| 786494888 | ^ | MEBN | Feb 04 2026 18:07:09 | William Lee, P.O. Box 9013, Addison, TX 75001-9013 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 786485436 | * | Comenity Capital Bank****, Bankruptcy Department, Post Office Box 183043, Columbus, OH 43218-3043 |
| 786485438 | *+ | Credit Management, LP**, 4200 International Parkway, Carrollton, TX 75007-1912 |
| 786485442 | * | Internal Revenue Service (MD)**, PO Box 7346, Philadelphia, PA 19101-7346 |
| 786485444 | * | Jefferson Capital Systems, LLC**, Post Office Box 772813, Chicago, IL 60677-2813 |
| 786485447 | *+ | LVNV Funding/Resurgent Capital, Post Office Box 1269, Greenville, SC 29602-1269 |
| 786485449 | *+ | Merrick Bank ***, Customer Service, Post Office Box 9201, Old Bethpage, NY 11804-9001 |
| 786485456 | * | North Carolina Dept. of Revenue**, Post Office Box 1168, Raleigh, NC 27602-1168 |
| 786485466 | *P++ | TRULIANT FEDERAL CREDIT UNION, PO BOX 25132, WINSTON-SALEM NC 27114-5132, address filed with court:, Truliant Federal Credit Union, c/o William Hall, CEO, ATTN: Officer, 3200 Truliant Way, Winston Salem, NC 27103 |
| 786485467 | *P++ | TRULIANT FEDERAL CREDIT UNION, PO BOX 25132, WINSTON-SALEM NC 27114-5132, address filed with court:, Truliant Federal Credit Union, c/o William Hall, CEO, ATTN: Officer, 3200 Truliant Way, Winston Salem, NC 27103 |
| 786485468 | *P++ | TRULIANT FEDERAL CREDIT UNION, PO BOX 25132, WINSTON-SALEM NC 27114-5132, address filed with court:, Truliant Federal Credit Union, c/o William Hall, CEO, ATTN: Officer, 3200 Truliant Way, Winston Salem, NC 27103 |
| 786485469 | *P++ | TRULIANT FEDERAL CREDIT UNION, PO BOX 25132, WINSTON-SALEM NC 27114-5132, address filed with court:, Truliant Federal Credit Union, c/o William Hall, CEO, ATTN: Officer, 3200 Truliant Way, Winston Salem, NC 27103 |
| 786485471 | *P++ | TRULIANT FEDERAL CREDIT UNION, PO BOX 25132, WINSTON-SALEM NC 27114-5132, address filed with court:, Truliant Federal Credit Union**, Attn: Officer, 3200 Truliant Way, Winston Salem, NC 27103 |
| 786485472 | *P++ | TRULIANT FEDERAL CREDIT UNION, PO BOX 25132, WINSTON-SALEM NC 27114-5132, address filed with court:, Truliant Federal Credit Union**, Attn: Officer, 3200 Truliant Way, Winston Salem, NC 27103 |
| 786485474 | * | U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530-0001 |
| 786485475 | *+ | US Attorney's Office (MD)**, 101 S. Edgeworth Street, 4th floor, Greensboro, NC 27401-6045 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0418-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 04, 2026 | Form ID: pdf016 | Total Noticed: 51 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Anita Jo Kinlaw Troxler | on behalf of Trustee Anita Jo Kinlaw Troxler  office4@chapter13gboro.com, office5@chapter13gboro.com |
| Anita Jo Kinlaw Troxler, | office@chapter13gboro.com  office5@chapter13gboro.com |
| John Paul Hughes Cournoyer | bancm_ecf@ncmba.uscourts.gov  jp_cournoyer@ncmba.uscourts.gov |
| Koury Lee Hicks | on behalf of Debtor Eugene Thomas Ball khicks@johnorcutt.com postlegal@johnorcutt.com;johnorcutt.ncm.e754@freelooks.counselkit.com;ck.freelooks+ncm+khicks@gmail.com |
| Koury Lee Hicks | on behalf of Joint Debtor Brande Michelle Ball khicks@johnorcutt.com postlegal@johnorcutt.com;johnorcutt.ncm.e754@freelooks.counselkit.com;ck.freelooks+ncm+khicks@gmail.com |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT  
MIDDLE DISTRICT OF NORTH CAROLINA  
GREENSBORO DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | | |
| | ) | | |
| Ball, Eugene Thomas | xxx-xx-2626 | ) | |
| Ball, Brande Michelle | xxx-xx-6954 | ) | No. 25-10811 C-13G |
| 8609 Bull Rd., Trailer 3 | | ) | |
| Colfax, NC  27235 | | ) | |
| | | ) | |
| | | ) | |
| Debtors. | | ) | |

NOTICE OF AMENDED PLAN AND TIME FOR FILING OBJECTION THERETO

1. The plan filed by the Debtors on January 23, 2026, Docket No. 14 ("Proposed Plan"), will be confirmed without a hearing after the time period for filing objections has expired unless a timely objection is filed or the Court issues a further notice of hearing on confirmation.

2. If a timely objection is filed, a hearing on the objection to confirmation and on confirmation of the Proposed Plan will be held on March 10, 2026, at 2:00 p.m., in Courtroom #1, Second Floor, 101 South Edgeworth Street, Greensboro, NC.  The party objecting must appear at the hearing.

3. Written, detailed objections must be filed at least **seven (7)** days before the date set for hearing on confirmation.  Any objection must be filed with the Clerk of Court via CM/ECF or at U.S. Bankruptcy Court, P.O. Box 26100, Greensboro, NC 27402-6100, with copies served on (1) Anita Jo Kinlaw Troxler, Standing Trustee, P.O. Box 1720, Greensboro, NC 27402-1720; (2) the Attorney for the Debtors; and (3) the Debtors.  If the objecting party is a business entity other than a sole proprietorship, the objection must be filed by legal counsel admitted to practice in this Court.

4. The Debtors and the Attorney for the Debtors are required to appear at any hearing on confirmation.

5. Any order confirming the plan will be served on all parties.

DATE:  February 4, 2026                                 Office of the Clerk  
                                                                            Reid Wilcox, Clerk